# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY K. BOLLING,

        Petitioner,           :        Case No. 3:20-cv-167

   - vs -                                  District Judge Walter H. Rice
                                           Magistrate Judge Michael R. Merz

NORM ROBINSON, Warden,
  London Correctional Institution

                                        :
        Respondent.

## RECOMMITTAL ORDER

Petitioner Anthony Bolling has filed Objections (ECF No. 15) to the Magistrate Judge's Report and Recommendations on the merits (ECF No. 14).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October  13 , 2020.

                                                                */s/ Walter H. Rice*    (tp - per Judge Rice authorization after his review)
                                                               Walter H. Rice
                                                           United States District Judge